Ben F. Williams and Thos. W. Mayfield, both of Norman, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, C. E. Paull, was convicted at the October, 1914, term of the county court of Cleveland county on a charge of trespassing, and his punishment fixed at a fine of $10. A careful examination of the record discloses no merit in this appeal, and the judgment of the trial court is affirmed.

---

Ex parte ROGERS
No. A-1953.
(152 Pac. 1198.)

Petition of Jim Rogers for writ of habeas corpus, to be admitted to bail. Dismissed.

PER CURIAM. Petition withdrawn, and the cause dismissed.

---

Ex parte SANDERS
No. A-1694. Opinion Filed May 26, 1915.
(152 Pac. 1199.)

Kyle & McCombs, of Sallisaw, for petitioner.

PER CURIAM. Habeas corpus petition to let to bail Ulys Sanders. Bail allowed and fixed at $1,000, to be approved by the clerk of the district court of Sequoyah county.

---

Ex parte SMITH et al
No. A-1976. Opinion Filed June 9, 1915.
(152 Pac. 1199.)

Application of W. C. Smith and Wylie Norman for writ of habeas corpus, to be admitted to bail. Bail allowed.

Watts & Molony, of Wagoner, and McAdams & Haskell. of Oklahoma City, for petitioners.

PER CURIAM. Order that petitioners be admitted to bail in the sum of $1,000 each, to be approved by. the clerk of the district court of Wagoner county.

---

Ex parte STANDIFER
No. A-1272. Opinion Filed May 28, 1915.
(152 Pac. 1199.)

W. I. Cruce, of Ardmore, and Newman & Lawrence, of Tishomingo, for petitioner.

PER CURIAM. Application of Bob Standifer for writ of habeas corpus, for the purpose of being admitted to bail. Application denied.